**FILED**

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0288

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0288

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CLIFFTON WELLS,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 25, 2020, within which to prepare, serve, and file its response brief.

**RB**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2020